UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Sean Miguel Thomas,

Civ. File No. 00-1641 (PAM/RLE)

Petitioner,

v.

**ORDER**

Connie Roehrich, Dan
Feneis, and Sheryl Ramstad Hvass,

Respondents.

---

This matter is before the Court on the Report and Recommendation of Magistrate Judge Raymond L. Erickson dated February 2, 2001. No objections to the Report and Recommendation have been received in the time period permitted.

The Court has conducted an independent review of the Report and Recommendation. Based on that review, and on all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The Petition for a "Writ of Habeas Corpus" (Clerk Doc. No. 1) is **DISMISSED**;

2. Petitioner's Motion for a Change of Venue (Clerk Doc. No. 4) is **DENIED as moot**; and

FILED MAR 0 1 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD MAR 0 1 2001
DEPUTY CLERK

3. Petitioner's Motion for release on his own recognizance, or release on bail (Clerk Doc. No. 3) is **DENIED as moot**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: May 27, 2001

Paul A. Magnuson
United States District Court Judge

# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## CIVIL NOTICE

DATE MAILED TO COUNSEL/PRO SE PARTIES: MAR 01 2001

The purpose of this notice is to summarize the time limits for filing with the District Court Clerk's Office a Notice of Appeal to the Eighth Circuit Court of Appeals from a final decision of the District Court in a civil case.

***This is a summary only. For specific information on the time limits for filing a Notice of Appeal, review the applicable federal civil and appellate procedure rules and statutes.***

Rule 4(a) of the Federal Rules of Appellate Procedure (Fed. R. App. P.) requires that a Notice of Appeal be filed within:

1. Thirty days (60 days if the United States is a party) after the date of "entry of the judgment or order appealed from;" or

2. Thirty days (60 days if the United States is a party) after the date of entry of an order denying a timely motion for a new trial under Fed. R. Civ. P. 59; or

3. Thirty days (60 days if the United States is a party) after the date of entry of an order granting or denying a timely motion for judgment under Fed. R. Civ. P. 50(b), to amend or make Additional findings of fact under Fed. R. Civ. P. 52(b), and/or to alter or amend the judgment under Fed. R. Civ. P. 59; or

4. Fourteen days after the date on which a previously timely Notice of Appeal was filed.

If a Notice of Appeal is not timely filed, a party in a civil case can move the District Court pursuant to Fed. R. App. P. 4(a)(5) to extend the time for filing a Notice of Appeal. This motion must be filed no later than 30 days after the period for filing a Notice of Appeal expires. If the motion is filed after the period for filing a Notice of Appeal expires, the party bringing the motion must give the opposing parties notice of it. The District Court may grant the motion, but only if excusable neglect or good cause is shown for failing to file a timely Notice of Appeal.