# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Sean Miguel Thomas

Plaintiff

v.

Connie Roehrich, Dan Feneis and Sheryl Ramstad Hvass

Defendants

Case No. Civil 00-1641 PAM/RLE

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the petition for a writ of habeas corpus is dismissed. Petitioner's motion for a change of venue is denied as moot and Petitioner's motion for release on his own recognizance or release on bail is denied as moot.

DATE: March 1, 2001

FRANCIS E. DOSAL, CLERK

Victoria Moralez

Victoria Moralez, Deputy Clerk